# THE MCDANIEL LAW GROUP, P.L.L.C.
ATTORNEYS AT LAW
1001 L Street S.E, Washington, DC 20003
Telephone (202)331-0793 ♦ Facsimile (202)331-7004

Brian K. McDaniel, Esq.  
brianmac1911@aol.com  
Admitted in DC, MD & WA

Nesibneh A. St. Hill, Esq.  
nesibneh@gmail.com  
Admitted in MD & DC

**November 4, 2020**

**VIA ECF**
Deborah K. Chasanow
United States District Judge
In the United States District Court
For the District of Maryland (Greenbelt)
6500 Cherrywood Lane
Greenbelt, Maryland 20770

        RE: **Theresa Tolbert – Boyd v. MGM National Harbor, LLC, et al.,**
              **Case No.: 19-cv-3020-DKC**
              **Joint Agreement to Stay Discovery**

Dear Judge Chasanow:

    On September 2, 2020, this Court issued a scheduling order in the above-identified matter. The issue that remains in this case is whether or not the Defendants failed to summon medical assistance in a timely manner. Video of the incident in this case exist which may address the remaining issue in this case. Defendant will require a protective order to be in place before providing to the Plaintiff due to the sensitive nature of the footage on the video. Counsel for the Defendant anticipates providing the video by Friday November 6, 2020.

    Counsel for the Plaintiff and Defendants have discussed the matter and believe a review of the video may resolve the case without further litigation and cost to the parties. Counsel for both parties would like to stay discovery in this case for forty-five days to allow for review of the video.

/s/ Brian K. McDaniel
Brian K. McDaniel, Esq.
The McDaniel Law Group, P.L.L.C.
1001 L Street, S.E.,
Washington D.C. 20003

/s/ John D. McGavin
John D. McGavin, Esq.
Bancroft, McGavin, Horvath &
Judkins, P.C.
9990 Fairfax Boulevard
Suite 400
Fairfax, Virginia 22030